**SO ORDERED.**

**SIGNED this 24 day of April, 2018.**



_____
**John T. Laney, III
United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| In re: : | |
| : | Chapter 13 |
| WINONA P. WALKER., : | Case No. 17-70641-JTL |
| : | |
| Debtor. : | |
| -------------------------------------------------- : | |
| : | |
| UNITED STATES OF AMERICA, o/b/o : | |
| U.S. DEPARTMENT OF THE ARMY & : | [MOTION FOR RELIEF FROM |
| AIR FORCE, ARMY & AIR FORCE : | AUTOMATIC STAY, NOTICE, and |
| EXCHANGE SERVICES, : | WAIVER] |
| : | |
| Vs. : | |
| : | [**CONSENT ORDER**] |
| WINONA P. WALKER, Debtor, and : | |
| KRISTIN HURST, Ch. 13 Trustee, : | |
| : | |
| Respondents. : | |
| _____ : | |

## ORDER OF MOTION TO LIFT STAY

This matter, having come before the Court on the Motion of the United States of America, on behalf of the U.S. Department of Army and Air Force, Army & Air Force Exchange Services (AAAFES), for an Order to lift stay imposed by 11 U.S.C. § 362(a), and Debtor, having announced her desire to surrender the subject properties, it appearing to the Court that all parties in interest were duly notified of the hearing date and location, all interested parties having an opportunity to be heard and agree to the relief requested by the United States, and it further appearing that there is cause for the relief requested, it is hereby

***ORDERED, ADJUDGED and DECREED*** that the automatic stay imposed by 11 U.S.C. § 362(a) of the Bankruptcy Code be lifted for cause as to the subject properties, to wit: 2 Sony 55' 4K-TVs and Findley Sofa Chaise, and that the United States, acting on behalf of AAFES, creditor herein, is allowed to take action as is necessary to protect its security interest in the properties described above and in the Motion to Lift Stay, including the foreclosure/repossession of its collateral as well as other remedies available under applicable non-bankruptcy law with respect to said property(ies).

**END OF DOCUMENT**

Order prepared by:
CHARLES E. PEELER
UNITED STATES ATTORNEY

/s/ Barbara G. Parker
_____
Barbara G. Parker
Assistant United States Attorney o/b/o AAFES
Georgia Bar No. 561750
P.O. Box 1702
Macon, Georgia  31202-1702
[478] 752-3511

| CONSENTED TO BY: | CONSENTED TO BY: |
|---|---|
| /s/ John Gilson o/b/o K.H. | /s/ William O. Woodall |
| (w/ express permission given) | (w/ express permission given) |
| Kristin Hurst | William O. Woodall |
| Chapter 13 Trustee | Attorney for Debtor |
|  | Georgia Bar No. 775043 |
| P.O. Box 1702 | P.O. Box 3335 |
| Columbus, Georgia 31907 | Valdosta, Georgia 31604 |
| [706] 327-4151 | [229] 247-1211 |